| | | |
|---|---|---|
| BRIDGET OWENS | : | 14th JUDICIAL DISTRICT COURT |
| VS NO. ______ | : | PARISH OF CALCASIEU |
| WALMART INC. | : | STATE OF LOUISIANA |
| FILED ON ______ | : | ______ DEPUTY CLERK |

Calcasieu
H. Lynn Jones, II
Jo Ann Hanks
Suit#2023-4493 E
E-Filed on: 11/30/23 04:36 PM
# of Pages:3

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes **BRIDGET OWENS** Petitioner, a person of the full age of majority domiciled in the Parish of Calcasieu, Louisiana, who respectfully states that:

1.

Made defendants herein are **WALMART INC.**, hereinafter referred to as "**WALMART**," a foreign corporation authorized to do and actually doing business in the Parish of Calcasieu, whose registered agent for service of process is CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816;

2.

Venue is proper in Calcasieu Parish, Louisiana, because this is the parish in which all or a substantial part of the events or omissions giving rise to the claim occurred.

3.

At all times mentioned herein, **WALMART** owned and operated a Walmart Supercenter located at 2500 N. Martin Luther King Hwy., in Lake Charles, Louisiana, (hereinafter "the Lake Charles Supercenter").

4.

On December 22, 2022, petitioner, **BRIDGET OWENS**, was a patron and was shopping at the Lake Charles Supercenter.

5.

After concluding her business inside, **BRIDGET OWENS** exited the building, out of the front door, carrying approximately two shopping bags of items including a box cake and several fruit trays. As a result, petitioner was carrying the bags in her arms in such a way that she could not see the ground beneath her feet. While making her way to her car, **BRIDGET OWENS** slipped on a broken handicap parking sign that was lying in the parking lot and fell.

Filing Date: 11/30/2023 12:00 AM
Case Number: 2023-004493
Document Name: PETITION
Page Count: 3



EXHIBIT
A

6.

As a result of his fall, **BRIDGET OWENS** sustained injuries to her tailbone, her lower back, knees and right hip together with the usual bumps and bruises associated with a fall of this type.

7.

The sole proximate cause of the fall was the negligence of **WALMART**;

a) In failing to provide a reasonably safe parking lot for pedestrian traffic;

b) In failing to properly maintain the signage in the parking lot;

c) In failing to take proper precautions to ensure the parking lot was safe;

d) In failing to recognize that the handicap sign created an unreasonably dangerous condition and remedy the danger;

e) In advising the public the premises was open for business, while an unreasonably dangerous condition, known to exist by the business operators, was left unremedied;

f) In failing to routinely inspect the parking lot; and

g) Any other acts of negligence which may be revealed through discovery, added as a negligence allegation in a Supplemental and Amending Petition for Damages, and proven at the trial of this case.

8.

Petitioner has suffered and is entitled to recover reasonable sums for the following items of damage;

a) Past, present, and future medical expenses;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future mental anguish, pain, and inconvenience;

d) Past, present, and future household services;

e) Lost wages and/or earning capacity, past and future;

f) Disability;

g) Loss of enjoyment of life;

h) Embarrassment; and

i) Inconvenience.

9.

Petitioner's individual causes of action stated herein against **WALMART INC**, exceed the fifty thousand dollars exclusive of interest and costs, and the damages are legally sufficient for

federal jurisdiction and a trial by jury.

**WHEREFORE,** the premises considered, Petitioner prays that:

I. Defendant, **WALMART, INC.**, be served with a copy of this petition and be duly cited to appear and answer same;

II. Defendant fully answers the discovery requests served with this Petition for Damages within the delays allowed by law;

III. After due proceedings had, there be judgment herein in favor of Petitioner, **BRIDGET OWENS**, against Defendant, **WALMART, INC.**, for such sums as may be reasonable under the circumstances of this case, together with legal interest from the date of judicial demand, and all costs of these proceedings; and

IV. Petitioner, **BRIDGET OWENS**, be granted all further and different relief as the facts, law, and equity of this case requires.

RESPECTFULLY SUBMITTED BY
BROUSSARD INJURY LAWYERS

C. Barrett Rice

CATHERINE BARRETT RICE (LA Bar 30034)
AARON BROUSSARD (LA Bar 30134)
Resource Bank Building
321 Veterans memorial Blvd.
New Orleans, LA 70005
PHONE: (504) 264-5559
FAX: (504) 264-5575
Email: barrett@broussardfirm.com
aaron@broussardfirm.com
*Attorneys for Bridget Owens*

**SERVICE INSTRUCTIONS:**

**WALMART, INC.**
Through their registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

A TRUE COPY
Lake Charles, Louisiana
Deputy Clerk of Court
Calcasieu Parish, Louisiana