UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BRIDGET OWENS**                                   CASE NO. 2:24-CV-00089

**VERSUS**                                          JUDGE JAMES D. CAIN, JR.

**WALMART INC**                                     MAGISTRATE JUDGE LEBLANC

## 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above-captioned matter has settled,

The court hereby **ORDERS, ADJUDGES,** and **DECREES** that this action be **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed, and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 28th day of July, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE